IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

|  |  |
|---|---|
| **JEMIE SANCHEZ**<br>5539 Columbia Pike #709<br>Arlington, VA  22204<br>　　　　　　　**Plaintiff,**<br><br>  v.<br><br>**ARLINGTON COUNTY SCHOOL BOARD**<br>2110 Washington Blvd<br>Arlington, VA  22204**,**<br>　　　　　　　**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)   **Civil Action No.**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT FOR ATTORNEYS' FEES AND COSTS**

Plaintiff Jemie Sanchez, through undersigned counsel, for her complaint herein alleges as follows:

**INTRODUCTION**

1. This is a claim for legal fees and costs incurred in successful litigation under the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400 *et seq.* ("IDEA").

**JURISDICTION AND VENUE**

2. This Court has subject matter jurisdiction over the Plaintiff's claims pursuant to 28 U.S.C. § 1331, in that the action arises under the laws of the United States. This Court is a proper venue for this action pursuant to 28 U.S.C. §1391(b)(1) and (2).

**PARTIES**

3. Jemie Sanchez is the parent of C.S.

1

4. C.S. is a child eligible for special education, with diagnoses of autism spectrum disorder, attention-deficit hyperactivity disorder, combined type, and language impairment/other symbolic dysfunctions.

5. Ms. Sanchez and C.S. reside in Arlington, Virginia.

6. Arlington County School Board, on behalf of Arlington Public Schools ("APS"), receives federal financial assistance in exchange for providing special education and related services to students in its jurisdiction.

## FACTS

10. On November 9, 2018, Ms. Sanchez prevailed in IDEA litigation against APS, receiving final relief ordered in a Hearing Officer's Decision ("HOD") issued that day.

11. Specifically, the Hearing Officer found C.S.'s individualized education program ("IEP") to be inappropriate and ordered APS to convene a meeting and develop a new IEP.

12. The Hearing Officer explicitly found Ms. Sanchez to be the prevailing party in the HOD.

13. After litigation under the IDEA, a United States District Court may award fees and cost to such a prevailing party. *See* 20 U.S.C. § 1415(i)(3)(B); *JP ex rel. Peterson v. Cty. Sch. Bd. of Hanover Cty., Va.*, 641 F. Supp. 2d 499, 509 (E.D. Va. 2009) (awarding fees in IDEA case).

14. Ms. Sanchez incurred reasonable legal fees and costs in pursuing and obtaining relief in her IDEA litigation.

WHEREFORE, Ms. Sanchez respectfully requests that this Court:

1) award her the reasonable fees and costs incurred in the IDEA litigation;

2) award her the reasonable fees and costs of this action; and

3) award all other relief the Court deems appropriate and/or just.

Respectfully submitted,

/s/ Caitlin McAndrews

Caitlin McAndrews, Esq.
VA Bar #84173
McAndrews, Mehalick, Connolly, Hulse and Ryan, P.C.
100 North Pitt Street, Suite 200
Alexandria, VA 22314
202.753.2300 x243
cmcandrews@mcandrewslaw.com

3